Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Integrity Celebrations LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4632719** |
| 4. | **Debtor's address** | **Principal place of business** **2789 BROWNS LAKE DR** **Burlington, WI 53105-9798** Number, Street, City, State & ZIP Code  **Racine** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | **Integrity Celebrations LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | **Integrity Celebrations LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Case 25-20595-rmb    Doc 1    Filed 02/05/25    Page 3 of 11

Debtor **Integrity Celebrations LLC** _____  Case number (*if known*) _____
    Name

    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Integrity Celebrations LLC**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**February 5, 2025**
　　　　　　　　MM / DD / YYYY

**X /s/ Cynthia Schweitzer**　　　　　　　　　　**Cynthia Schweitzer**
Signature of authorized representative of debtor　　Printed name

Title　**Member**

**18. Signature of attorney**

**X /s/ Craig Stevenson**　　　　　　　　　　Date　**February 5, 2025**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Craig Stevenson 1060082**
Printed name

**SWANSON SWEET LLP**
Firm name

**8020 Excelsior Drive**
**Suite 401**
**Madison, WI 53717**
Number, Street, City, State & ZIP Code

Contact phone　**608-709-5992**　　Email address　**cstevenson@swansonsweet.com**

**1060082 WI**
Bar number and State

Integrity Celebrations, LLC

ACTION OF SOLE MEMBER
BY WRITTEN CONSENT

**Dated: January 28, 2025**

The undersigned, being the sole Member of Integrity Celebrations LLC, a Wisconsin limited liability company (the "Company"), acting pursuant to the provisions of Chapter 183 of the Wisconsin Statutes, does hereby adopt the following unanimous consent resolutions in accordance with applicable law.

WHEREAS, the Member has reviewed and considered legal advice presented to the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's operations;

WHEREAS, the Member has reviewed and considered the recommendations of the Company's legal counsel regarding the relief that would be necessary and advisable to obtain from the Bankruptcy Court to allow the Company to effectively transition into chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") (collectively, the "First Day Relief");

WHEREAS, the Member has determined that it is fair, appropriate, advisable, necessary, and in the best interests of the Company, its creditors, members, employees, and other stakeholders that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Western District of Wisconsin (the "Bankruptcy Court") and seek the First Day Relief;

WHEREAS, the Member approves the following Resolutions to enable the Company to seek the relief afforded under chapter 11 of the Bankruptcy Code and the First Day Relief;

**Chapter 11 Petition and First Day Relief**

RESOLVED, that in the judgment of the Member, and based upon the forgoing recitals, it is desirable and in the best interests of the creditors, members, employees and other stakeholders, that the Company (i) file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and (ii) seek the First Day Relief;

RESOLVED, that Cynthia Schweitzer, sole member of the Company, is appointed as an Authorized Individual on behalf of the Company, and is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers or documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

## Retention of Professionals

RESOLVED, that the Company is authorized to employ Craig E. Stevenson of the law firm of Swanson Sweet LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, and any such prior actions are hereby ratified in their entirety;

RESOLVED, that the Company is authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, subject to approval by the Bankruptcy Court;

RESOLVED, that the Company is authorized to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals as necessary;

## Further Actions and Prior Actions

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Individual, the Authorized Individual is further authorized, directed, and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, as in such Authorized Individual's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified; and

RESOLVED, that a copy of these Resolutions shall be retained in the Company records.

***[Signature lines on following page.]***

IN WITNESS WHEREOF, the undersigned, being the sole Member of the Company, has executed this action to be filed as part of the minutes of the Company, effective as of January 28, 2025.

_____
Cynthia Schweitzer, Sole Member

3

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adobe<br>345 Park Avenue<br>San Jose, CA 95110 | | Office software expense | | | | $10.00 |
| West Bend Mutual Insurance Co.<br>1900 S 18th Ave<br>ATTN: Rob Jacques, CEO<br>West Bend, WI 53095 | | Business Insurance remaining for the term (537.42 per month) | | | | $3,761.94 |

Adam L. Schweitzer
31307 Hickory Hollow Road
Waterford, WI 53185

Adobe
345 Park Avenue
San Jose, CA 95110

Asda Enterprises, Inc.
6320 McHenry St.
Burlington, WI 53105

Atty Daniel J. Habeck
1601 E. Racine Ave. Suite 200
Waukesha, WI 53186

Citizens Bank
PO Box 223
Mukwonago, WI 53149-0223

Citizens Bank
301 N Rochester St
Mukwonago, WI 53149

City of Burlington
Water Department
2200 S. Pine Street
Burlington, WI 53105

Cynthia L. Schweitzer
31307 Hickory Hollow Road
Waterford, WI 53185

HillCrest Services LLC
P.O. Box 325
Waterford, WI 53185

Integrity Funeral Services, Inc.
29134 Evergreen Dr
Waterford, WI 53185-5116

Spotify
150 Greenwich St. Floor 62
ATTN Bankruptcy
New York, NY 10007

WE Energies
333 W Everett St ATTN Bankruptcy
Milwaukee, WI 53203

West Bend Mutual Insurance Co.
1900 S 18th Ave
ATTN: Rob Jacques, CEO
West Bend, WI 53095

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re  **Integrity Celebrations LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Integrity Celebrations LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 5, 2025** | **/s/ Craig Stevenson** |
| Date | **Craig Stevenson 1060082** |
| | Signature of Attorney or Litigant |
| | Counsel for **Integrity Celebrations LLC** |
| | **SWANSON SWEET LLP** |
| | **8020 Excelsior Drive** |
| | **Suite 401** |
| | **Madison, WI 53717** |
| | **608-709-5992 Fax:608-709-5887** |
| | **cstevenson@swansonsweet.com** |